1  Eron Z. Cannon, WSBA #42706
   Jesse C. Williams, WSBA #35543
2  Matthew C. Halldorson, WSBA #51850
   Fain Anderson VanDerhoef Rosendahl
3  O'Halloran Spillane PLLC
   3131 Elliott Avenue, Suite 300
4  Seattle, WA 98121
   Phone: (206) 749-0094
5

6              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF WASHINGTON
7                    AT RICHLAND

8  TERESA RODAS AGUIRRE,              NO. 4:24-cv-05040-TOR

9                Plaintiff,           STIPULATED MOTION TO
                                      DISMISS
10       v.
                                      *Clerk's Action Required*
11 EASY AUTOMATION, INC.,
                                      **Noting Date: 7/31/2025**
12               Defendant.

13                         **STIPULATION**

14      COME NOW the parties, by and through their attorneys of record, and hereby

15 stipulate that all claims against Defendant may be dismissed with prejudice and

16 without costs to any party, and that an order dismissing those claims may be entered

17 without notice of presentation.

18 //

19 //

STIPULATED MOTION TO DISMISS - 1

1    DATED this 31st day of July, 2025.

2    LOPEZ & FANTEL, INC., P.S.          FAIN ANDERSON VANDERHOEF
                                          ROSENDAHL O'HALLORAN SPILLANE,
3    /s/ *Carl A. Taylor Lopez*          PLLC
     By:_____
4    Carl A. Taylor Lopez, WSBA # 6215    By: */s/Eron Z. Cannon*
     *Counsel for Plaintiff*             Eron Z. Cannon, WSBA #42706
5                                         Jesse C. Williams, WSBA #35543
                                          Matthew C. Halldorson, WSBA #51850
6                                         Counsel for Defendant Easy Automation

7    GEORGIA TREJO LOCHER, P.S.

8    /s/ *Georgia Trejo Locher*
     By: _____
9    Georgia Trejo Locher, WSBA # 21450
     *Counsel for Plaintiff*
10

11

12

13

14

15

16

17

18

19

STIPULATED MOTION TO DISMISS - 2