Eron Z. Cannon, WSBA #42706
Jesse C. Williams, WSBA #35543
Matthew C. Halldorson, WSBA #51850
Fain Anderson VanDerhoef Rosendahl
O'Halloran Spillane PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
Phone: (206) 749-0094

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| TERESA RODAS AGUIRRE,<br><br>        Plaintiff,<br><br>v.<br><br>EASY AUTOMATION, INC.,<br><br>        Defendant. | NO. 4:24-cv-05040-TOR<br><br>[PROPOSED] ORDER OF DISMISSAL<br><br>*Clerk's Action Required*<br><br>**Noting Date: 7/31/2025** |

## ORDER OF DISMISSAL

Pursuant to the above stipulation, it is hereby ORDERED that all claims in the above-captioned matter against Defendant are hereby dismissed in their entirety with prejudice and without costs to any party.

DATED this ____ day of July, 2025.

_____
THE HONORABLE THOMAS O. RICE

[PROPOSED] ORDER OF DISMISSAL - 1

1 | *Presented by:*

2 | FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC

3

4 | By:/s/*Eron Z. Cannon*
Eron Z. Cannon, WSBA #42706
Jesse C. Williams, WSBA #35543

5 | Matthew C. Halldorson, WSBA #51850
*Counsel for Easy Automation Inc.*

6

7 | LOPEZ & FANTEL, INC., P.S.

8 | /s/ *Carl A. Taylor Lopez*
By:

9 | Carl A. Taylor Lopez, WSBA # 6215
*Counsel for Plaintiff*

10

11 | GEORGIA TREJO LOCHER, P.S.

12 | /s/ *Georgia Trejo Locher*
By:

13 | Georgia Trejo Locher, WSBA # 21450
*Counsel for Plaintiff*

14

[PROPOSED] ORDER OF DISMISSAL - 2

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194